# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WELLS FARGO BANK NA,**

    Plaintiff,

    -vs-                Case No. 12-C-271

**IVAN RENE MOORE,**
**RUFFTOWN ENTERTAINMENT GROUP, INC.,**
**RADIO MULTIMEDIA, INC.,**
**RENE MOORE MUSIC, INC.,**

    Defendants.

## DECISION AND ORDER

The plaintiff, Wells Fargo Bank N.A., moves for summary judgment against the defendant, Ivan Rene Moore, who is proceeding *pro se*. Wells Fargo failed to provide Mr. Moore with the proper notice regarding summary judgment procedures. Civil L.R. 56(a) (Pro Se Litigation); *Timms v. Frank*, 953 F.2d 281, 283-85 (7th Cir. 1992). Therefore, Wells Fargo's motion for summary judgment [ECF No. 61] is **DENIED**, with leave to re-file within **ten (10) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2014.

                                              **BY THE COURT:**

                                              */s/ Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**