# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**WELLS FARGO BANK, N.A.,**

        Plaintiff/Counterclaim Defendant,

     **-vs-**             **Case No. 12-C-271**

**RUFFTOWN ENTERTAINMENT GROUP, Inc.,**
**RADIO MULTI MEDIA, Inc.,**
**RENE MOORE MUSIC, Inc.,**

        Defendants,

   and

**IVAN RENE MOORE,**

        Defendant/Counter-Claimant.

---

# DECISION AND ORDER

---

On July 16, 2014, the Court entered judgment in favor of the plaintiff, Wells Fargo Bank. On appeal, the Seventh Circuit affirmed, but in so doing, the court observed that the judgment states that "default judgment has been entered against the corporate defendants but does not specify any relief (other than money damages) with respect to them." 2015 WL 1741170, at *1 (7th Cir. Apr. 17, 2015). To avoid an "absurd result," Wells Fargo now moves to amend the judgment to include an order of foreclosure and replevin of assets. Such was obviously the Court's intent, so

Wells Fargo's motion [ECF No. 106] is **GRANTED**. *See* Fed. R. Civ. P. 60(b)(1) (court may grant relief from judgment on grounds of mistake, inadvertence, surprise, or excusable neglect). Accordingly, the Clerk of Court is directed to amend the judgment to explicitly state that the Radio Station Properties may be sold at foreclosure, and that Wells Fargo may replevin any assets it can identify as collateral.

Dated at Milwaukee, Wisconsin, this 11th day of May, 2015.

**SO ORDERED:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**