# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED
JUDGMENT IN A CIVIL CASE**

**WELLS FARGO BANK, N.A.**,

        Plaintiff / Counterclaim Defendant,

    V.        CASE NUMBER:    **12-C-271**

**RUFFTOWN ENTERTAINMENT GROUP, INC.,
RADIO MULTI MEDIA, INC.,
RENE MOORE MUSIC, INC.,**

        Defendants,

    and

**IVAN RENE MOORE,**

        Defendant / Counter-Claimant.

---

**IVAN RENE MOORE,**

        Third-Party Plaintiff,

    V.

**JERRALD JONES,
KIMBERLY MARTIN-BRAGG,
COURIER COMMUNICATIONS,
SANDRA ROBINSON,
DAVE JANZER,
HOMER BLOW MCCARTER,
MARYELLEN STRONG,
DOES 1 through 25,**

        Third-Party Defendants.

☒    Decision by Court. This action came on for consideration and decisions have been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the Plaintiff Wells Fargo Bank, N.A. and against the Defendants Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., Rene Moore Music, Inc. and Ivan Rene Moore on Wells Fargo Bank, N.A.'s claims for breach of contract (Count I and II), replevin (Count III), and foreclosure (Count IV), in the sum of $7,106,037.28.**

**Wells Fargo Bank, N.A. is GRANTED its costs, fees, and disbursements for bringing this action as provided for in the loan documents.**

**Wells Fargo Bank, N.A.'s motion for default judgment against Defendants Rufftown Entertainment Group, Inc., Radio Multi Media, Inc., and Rene Moore Music, Inc. is GRANTED.**

**Wells Fargo Bank, N.A.'s Motion for Summary Judgment, on Counts I-IV in the complaint, is GRANTED.**

**Wells Fargo is entitled to foreclose upon the properties located at 2001 West Capital Drive, Milwaukee, Wisconsin and 3042 West Locust Street, Milwaukee, Wisconsin, known as the Radio Station Properties.**

**Wells Fargo also may replevin the intangible property, personal property, royalties, profits and other collateral pledged by the defendants.**

**The remaining claims in the complaint (Counts V, VI, & VII) are DISMISSED WITHOUT PREJUDICE.**

**Wells Fargo Bank, N.A.'s Motion for a Protective Order is GRANTED.**

**Ivan Rene Moore's Motion to Dismiss the action is DENIED.**

**Wells Fargo Bank, N.A.'s Motion to Dismiss Ivan Rene Moore's counterclaim is GRANTED for failure to state a claim under Rule 12(b)(6).**

**Ivan Rene Moore's Third-Party Complaint is DISMISSED** *sua sponte* **as frivolous.**

**This action is hereby TERMINATED.**

| | |
|---|---|
| May 11, 2015 | JON W. SANFILIPPO |
| Date | Clerk |

APPROVED:

s/ Linda M. Zik
(By) Deputy Clerk

*[signature: Rudolph T. Randa]*
Hon. Rudolph T. Randa
May 11, 2015